DUCCI ELECTRIC COMPANY, INC. *v.* PUBLIC UTILITIES
COMMISSION

CONNECTICUT TELEVISION, INC. *v.* PUBLIC UTILITIES
COMMISSION

NEW HAVEN TV CABLE COMPANY, INC. *v.* PUBLIC
UTILITIES COMMISSION

The motion by TelePrompTer Corporation of
New York to dismiss the appeal in the first case
from the Superior Court in Hartford County is
denied.

The motions by Community Television Systems
Inc. to dismiss the appeals in the second and third
cases from the Superior Court in Hartford County
are denied.

*Joseph P. Cooney,* for the TelePrompTer Corpo-
ration of New York in each case.

*John L. Collins,* for Community Television Sys-
tems Inc. in the second and third cases.

*John K. Jepson,* assistant attorney general, for
the appellee (defendant) in each case.

*Alexander M. Hart,* for the appellant (plaintiff)
in the first case.

*Charles W. Page,* for the appellant (plaintiff) in
the second case.

*Herbert L. Emanuelson, Jr.,* for the appellant
(plaintiff) in the third case.